UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JIMMIE EARL STEPHEN,

    Petitioner,

    v.

R. DAVIS,

    Respondent.

Case No. 15-cv-01288-SI

**JUDGMENT**

The petition for writ of habeas corpus is dismissed for lack of jurisdiction and without prejudice to petitioner filing a civil rights action.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: oCTOBER 16, 2016

SUSAN ILLSTON
United States District Judge